UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

James E. Rand

    v.                            Civil No. 04-cv-382-JD

Merrimack County DOC, et al.

O R D E R

     James E. Rand, proceeding pro se, seeks a two-week extension of time to respond to the defendants' motions for summary judgment. He explains that in the course of his move to the New Hampshire State Prison on December 19, 2005, his legal papers were left behind and that he did not regain access to them until early January of 2006. He also asks for an extension of time for producing expert witness "documentation."

     The defendants filed their motions for summary judgment on December 23, 2005, and defendant Henry Simonds also filed a motion for sanctions on that day. A notice of Rand's transfer to the New Hampshire State Prison was docketed on December 30, 2005. The scheduling order in this case set January 1, 2006, as the deadline for Rand to disclose his expert witnesses.

     Given the disruption of Rand's move and the intervening holidays, he is granted a two-week extension of time, from the date his responses to the motions for summary judgment would have been due, to file his responses to those motions and to the

motion for sanctions filed by Simonds and to make any disclosures of expert witnesses.  Therefore, those responses and disclosures are due on **February 6, 2006.**  No further extensions of time will be granted absent a showing of extraordinary circumstances.

Conclusion

For the foregoing reasons, the plaintiff's motion (document no. 56) is granted as is stated in this order.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

January 11, 2006

cc:   James E. Rand, pro se
      Kenneth C. Bartholomew, Esquire
      John A. Curiran, Esquire
      Michael A. Pgnatelli, Esquire